```
              UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION
```

| | |
|---|---|
| BRENDA ADKINS,<br><br>      Plaintiffs,<br><br>  v.<br><br>LOCAL 705 INTERNATIONAL<br>BROTHERHOOD OF TEAMSTERS PENSION<br>PLAN,<br><br>      Defendant. | FILED: JUNE 4, 2008<br>08CV 3217 NF<br>JUDGE SHADUR<br>MAGISTRATE JUDGE VALDEZ<br><br>No. |

**COMPLAINT**

    The plaintiff, BRENDA ADKINS, by her attorney, David R. Shannon, for her complaint against the defendant, LOCAL 705 INTERNATIONAL BROTHERHOOD OF TEAMSTERS PENSION PLAN ("Pension Plan"), state:

    1.   This action arises under the Employee Retirement Income Security Act of 1974 (29 U.S.C. § 1001 et seq.). Jurisdiction is founded on the existence of questions arising thereunder, as plaintiff brings this action to recover benefits due under the terms of an employee pension benefit plan, to enforce her rights under an employee benefit pension plan, and to clarify her rights to future plan benefits.

    2.   Venue is proper in the Northern District of Illinois pursuant to 29 U.S.C. § 1132(e)(2) by virtue of the fact that the Pension Plan's administrative offices are located in Chicago, Illinois.

    3.   Adkins is a resident of Frankfort, Illinois, and was employed by Gas City, Ltd. or its successor, A. D. Conner, Inc.

from February 1995 through 2006.  Adkins was employed full time and was performing bargaining-unit work for Gas City, Ltd. or A.D. Conner, Inc. under a collective bargaining agreement with Local 705, International Brotherhood of Teamsters.

    4.   At all relevant times, Gas City, Ltd. and A. D. Conner, Inc. were signatories to a collective bargaining agreement with Local 705, International Brotherhood of Teamsters ("IBT"), which required participating employers to make contributions to the Pension Plan on behalf of all covered employees.

    5.   A copy of a pension benefits statement issued by the Pension Plan to Adkins is attached hereto as Exhibit A.  Adkins' statement shows no pension credits for any year prior to 2003.

    6.   Adkins requested the Pension Plan to adjust her pension credits to reflect credit for work performed prior to 2003, but it has refused.

    7.   The Pension Plan has granted pension credits for similarly situated employees of Gas City, Ltd. and A. D. Conner, Inc. who were performing the same work as Adkins, but it has refused to explain why it is treating Adkins differently.

    WHEREFORE, plaintiff Brenda Adkins requests the entry of an order directing the Pension Plan to grant to her full pension credits for each year she was performing bargaining unit work for Gas City, Ltd. or A.D. Conner, Inc.

```
                        BRENDA ADKINS

                 By: /s/ David R. Shannon
                     One of Her Attorneys
```

```
David R. Shannon
Tenney & Bentley, LLC
111 West Washington Street
Suite 1900
Chicago, Illinois 60602
(312) 407-7800
```



**LOCAL 705 I.B. OF T. PENSION FUND**
1645 WEST JACKSON BLVD.
CHICAGO, IL 60612-3227
(312) 738-2811

MARCH      6, 2007
PAGE NUMBER         1

BRENDA ADKINS
23049 S GLEN EAGLE DR                    SSN:   XXX-XX-1788
FRANKFORT IL   60423-7927                DATE OF BIRTH    :   6/05/1940

PARTICIPANT PENSION BENEFIT STATEMENT

This statement shows the total Pension Credit you have accumulated in the
Local 705 I.B.T. Pension Fund.  Please review this information and contact
the Pension Fund Office if you have any questions.

| PLAN YEAR | TOTAL UNITS | BENEFIT CREDITS | TOTAL B.CREDIT | VESTING CREDITS | TOTAL V.CREDIT |
|---|---|---|---|---|---|
| 2003 | 52.00 WKs | 1.00 | 1.00 | 1.00 | 1.00 |
| 2004 | 52.00 WKs | 1.00 | 2.00 | 1.00 | 2.00 |
| 2005 | 53.00 WKs | 1.00 | 3.00 | 1.00 | 3.00 |
| 2006 | 46.00 WKs | 0.92 | 3.92 | 1.00 | 4.00 |

PAST SERVICE CREDIT    :     .00
FUTURE SERVICE CREDIT:    3.92
TOTAL BENEFIT CREDIT  :    3.92

Contributions for less than 22 weeks in any benefit year will not be
credited toward your benefit and will not apply to your Vesting Service.
The above statement is for information only, and does not guarantee the
amount of your benefit or vesting credits, and is subject to change.
Pension Credits shown have not been approved by the Board of Trustees
and are subject to verification and modification at the time a formal
application for Pension is reviewed. If you dispute the amount of credit
shown above, contact the Pension Fund Office at the letterhead address.