**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>Brenda Adkins v. Local 705 International Brotherhood of Teamsters Pension Plan | Case Number: 08 C 3217 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Local 705 International Brotherhood of Teamsters Pension Plan

| |
|---|
| NAME (Type or print)<br>Edward M. Graham |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Edward M. Graham |
| FIRM<br>Bell, Boyd & Lloyd LLP |
| STREET ADDRESS<br>Three First National Plaza, 70 West Madison Street, Suite 3100 |
| CITY/STATE/ZIP<br>Chicago, Illinois  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06196906 | 312/372-1121 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐