UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRENDA ADKINS | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | Case No. 08 C 3217 |
| v. | ) | |
| | ) | Judge Shadur |
| LOCAL 705 INTERNATIONAL | ) | |
| BROTHERHOOD OF TEAMSTERS | ) | Magistrate Judge Valdez |
| PENSION PLAN | ) | |
| | ) | |
| Defendant | ) | |

### MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

Defendant Local 705 International Brotherhood of Teamsters Pension Plan, by and through its attorneys, Bell, Boyd & Lloyd LLP, respectfully moves the Court for a 28-day extension of time to answer or otherwise plead in response to the Complaint filed by Brenda Adkins (Adkins).  In support of its Motion, Defendant states:

1.      In order to accommodate Adkins, counsel for Defendant accepted service on June 4, 2008.

2.      Defendant's responsive pleading currently is due on June 24, 2008.

3.      Key persons with knowledge are on vacation and will not be available in time for Defendant to prepare a responsive pleading by June 24, 2008.

4.      Plaintiff will not be prejudiced by the extension requested by Defendant.

5.      The Court has scheduled a status hearing on July 23, 2008.

6.      Under the circumstances, Defendant requests an extension of time until and including July 22, 2008 to file a responsive pleading.

7.    Counsel for Defendant has conferred with counsel for Adkins and Adkins does not oppose Defendant's requested extension.

WHEREFORE, Defendant respectfully prays that the Court grant the Plan until and including July 22, 2008 to answer or otherwise plead.

Dated:  June 18, 2008                                    Respectfully submitted,

                                                         LOCAL    705    INTERNATIONAL
                                                         BROTHERHOOD  OF  TEAMSTERS
                                                         PENSION PLAN


                                             By:    s/Edward M. Graham
                                                        One of Its Attorneys

James P. Daley
Edward M. Graham
BELL, BOYD & LLOYD LLP
70 W. Madison Street, Suite 3100
Chicago, Illinois  60602
(312) 372-1121

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, hereby certifies that a true and correct copy of the above and foregoing Motion for Extension of Time to Answer or Otherwise Plead was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing, on this 18th day of June 2008, to the following:

> David R. Shannon
> Tenney & Bentley, LLC
> 111 W. Washington Street, Suite 1900
> Chicago, Illinois  60602

s/Edward M. Graham
Edward M. Graham
