UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRENDA ADKINS ) | |
| ) | |
| Plaintiff ) | |
| ) | Case No. 08 C 3217 |
| v. ) | |
| ) | Judge Shadur |
| LOCAL 705 INTERNATIONAL ) | |
| BROTHERHOOD OF TEAMSTERS ) | Magistrate Judge Valdez |
| PENSION PLAN ) | |
| ) | |
| Defendant ) | |

## NOTICE OF MOTION

To:     See Attached Certificate of Service

PLEASE TAKE NOTICE that on Monday, June 23, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Milton I. Shadur, at the Everett J. Dirksen Building, 219 S. Dearborn Street, Room 2303, Chicago, Illinois 60604, and then and there present Motion for Extension of Time to Answer or Otherwise Plead, at which time and place you may appear.

Dated: June 18, 2008                           Respectfully submitted,

                                               LOCAL 705 INTERNATIONAL
                                               BROTHERHOOD OF TEAMSTERS
                                               PENSION FUND


                                      By:     s/Edward M. Graham
                                               One of Its Attorneys

Edward M. Graham
BELL, BOYD & LLOYD LLP
70 W. Madison Street, Suite 3100
Chicago, Illinois 60602
(312) 372-1121

590873/C/1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the above and foregoing Answer to Complaint was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing, on this 18th day of June 2008, to the following:

>David R. Shannon
>Tenney & Bentley, LLC
>111 W. Washington Street, Suite 1900
>Chicago, Illinois  60602

>>s/Edward M. Graham
>>Edward M. Graham