UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.3
Eastern Division

Brenda Adkins

           Plaintiff,

v.     Case No.: 1:08−cv−03217

           Honorable Milton I. Shadur

Local 705 International Brotherhood of Teamsters Pension Plan

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 9, 2009:

      MINUTE entry before the Honorable Milton I. Shadur:Motion to alter judgment [45] is granted. Counsel is to provide a draft order for signature. Motion hearing held on 9/9/2009. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.